NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RUTH MILLER,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2015-5062

---

Appeal from the United States Court of Federal Claims in No. 1:11-cv-00766-JFM, Senior Judge James F. Merow.

---

## JUDGMENT

---

DONNA M. BURDYCK KING, Law Office of Donna M.B. King, LLC, Towson, MD, argued for plaintiff-appellant.

JANA MOSES, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., REGINALD T. BLADES, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


    PER CURIAM (MOORE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| January 8, 2016 | /s/ Daniel E. O'Toole |
|---|---|
| Date | Daniel E. O'Toole |
| | Clerk of Court |